

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00247-CV

_____

IN RE CHARLES WAYNE WILSON, Relator

_____

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court No. CV25-00201

_____

Before Sudderth, C.J.; Wallach and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered: April 23, 2026